UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 08-23789 |
|---|---|---|
| LOGGINS, MAXINE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/14/2012 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/12/2012     By:    /s/NORMAN NEWMAN
                                          Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LOGGINS, MAXINE § Case No. 08-23789
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 6,000.60

*and approved disbursements of* $ 80.69

*leaving a balance on hand of* [1] $ 5,919.91

**Balance on hand:** $ 5,919.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,919.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 5,159.00 | 0.00 | 5,159.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 5.30 | 0.00 | 5.30 |

Total to be paid for chapter 7 administration expenses: $ 5,164.30
Remaining balance: $ 755.61

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 755.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 755.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,865.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 345.76 | 0.00 | 18.84 |
| 2 | Roundup Funding, LLC | 531.50 | 0.00 | 28.96 |
| 3 | eCAST Sett. Corp. assignee for HSBC Bank Nevada | 992.08 | 0.00 | 54.06 |
| 4 | JP Morgan Chase Bank, NA | 11,996.25 | 0.00 | 653.66 |

Total to be paid for timely general unsecured claims: $ 755.52
Remaining balance: $ 0.09

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.09 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.09 |

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-23789-PSH
Maxine Loggins                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mjerdine           Page 1 of 3              Date Rcvd: Jan 13, 2012
                              Form ID: pdf006          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2012.
```
db         #+Maxine Loggins,    4350 W. 189th Street,    Country Club Hills, IL 60478-5680
aty         +Much Shelist Denenberg Ament & Rubenstein, P C,    191 North Wacker Drive,    Suite 1800,
              Chicago, IL 60606-1631
12629691   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services Inc,    PO Box 183853,
              Arlington, TX 76096)
12629689    AT&T,   PO Box 8212,    Aurora, IL 60572-8212
12629688    AT&T,   c/o Collection Company of,    PO Box 806,    Norwell, MA 02061-0806
12629693   +Aronson Rooms & More,    3401 W 47th Street,    Chicago IL 60632-2927
12629692   +Christopher & Tracey McGrude,    6230 W 75th Street,    Schererville, IN 46375-3434
12629698   +Comcast Cable,    c/o Credit Management Inc,    PO Box 118288,    Carrollton, TX 75011-8288
12629699   +Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
12629700   +Credit Protection Associa,    13355 Noel Road Suite 2100,    Dallas, TX 75240-6837
12591074   +Directv,    P O Box 78626,    Phoenix, AZ 85062-8626
12591073   +Directv,    C/O Plaza Associates,    P O Box 18008,    Hauppauge, NY 11788-8808
12591075   +Drive Financial,    P O Box 660633,    Dallas, TX 75266-0633
12591076   +Guaranty Bank,    C/O National Credit Adjusters,    P O Box 3023,    Hutchinson, KS 67504-3023
12591077   +JP Morgan Chase Bank, N.A.,    C/O Freedman Anselmo Lindberg Rappe,    P O Box 3228,
              Naperville, IL 60566-3228
13682727   +JP Morgan Chase Bank, NA,    Freedman, Anselmo, Lindberg & Rappe LLC,    PO Box 3216,
              Naperville, IL 60566-7216
12629783   +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
12629784    National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
12591081   ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint PCS,    P O Box 219554,    Kansas City, MO 64121)
12591080   +Sprint PCS,    C/O Allied Interstate,    P O Box 361474,    Columbus, OH 43236-1474
12591082   +TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
12591083   +TCF National Bank,    C/O ChexSystems,    7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1595
13599262    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12591072   +E-mail/Text: cphillips@citizensfinance.com Jan 14 2012 02:19:36     Citizens Finance,
              P O Box 739,    Dubuque, IA 52004-0739
12591079   +E-mail/Text: bankrup@nicor.com Jan 14 2012 02:19:25     Nicor Gas,    P O Box 310,
              Aurora, IL 60507-0310
12591078   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 14 2012 02:21:27     Nicor Gas,
              C/O Asset Acceptance LLC,    P O Box 2036,    Warren, MI 48090-2036
13111256    E-mail/Text: resurgentbknotifications@resurgent.com Jan 14 2012 02:18:51     Roundup Funding, LLC,
              MS 550,   PO Box 91121,    Seattle, WA 98111-9221
12629690    E-mail/PDF: cbp@slfs.com Jan 14 2012 03:52:19     American General Finance,    PO Box 790368,
              St Louis, MO 63179-0368
                                                                                              TOTAL: 5
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12629786*  ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint PCS,    PO Box 1769,    Newark, NJ 07101-1769)
12629785   ##Nuvell Credit Corporation,    PO Box 2365,    Memphis, TN 38101-2365
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mjerdine              Page 2 of 3            Date Rcvd: Jan 13, 2012
                              Form ID: pdf006             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: mjerdine              Page 3 of 3               Date Rcvd: Jan 13, 2012
                               Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2012 at the address(es) listed below:
```
              Carl B Boyd     on behalf of Debtor Maxine Loggins starksboyd@sbcglobal.net
              Martin J Wasserman    on behalf of Trustee Norman Newman mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Norman B Newman     nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```