**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LOGGINS, MAXINE § Case No. 08-23789
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $12,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,016.66    Claims Discharged
                                              Without Payment: $12,848.93

Total Expenses of Administration: $4,983.99

---

   3)  Total gross receipts of $   6,000.65   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $6,000.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,099.16 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,595.04 | 4,983.99 | 4,983.99 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,590.41 | 13,865.59 | 13,865.59 | 1,016.66 |
| **TOTAL DISBURSEMENTS** | $28,689.57 | $20,460.63 | $18,849.58 | $6,000.65 |

   4) This case was originally filed under Chapter 7 on September 09, 2008. The case was pending for 43 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2012          By: /s/NORMAN NEWMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent & unliquidated suit by State/McGruder | 1149-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.65 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.65** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Drive Financial | 4110-000 | 16,099.16 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$16,099.16** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,350.05 | 0.00 | 0.00 |
| Much Shelist, et.al. | 3110-000 | N/A | 5,159.00 | 4,898.00 | 4,898.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 5.30 | 5.30 | 5.30 |
| International Sureties, Ltd. | 2300-000 | N/A | 5.69 | 5.69 | 5.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,595.04 | 4,983.99 | 4,983.99 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | 133.00 | 345.76 | 345.76 | 25.35 |
| 2 | Roundup Funding, LLC | 7100-000 | 531.00 | 531.50 | 531.50 | 38.97 |
| 3 | eCAST Sett. Corp. assignee for HSBC Bank Nevada | 7100-000 | N/A | 992.08 | 992.08 | 72.74 |
| 4 | JP Morgan Chase Bank, NA | 7100-000 | 11,926.41 | 11,996.25 | 11,996.25 | 879.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 12,590.41 | 13,865.59 | 13,865.59 | 1,016.66 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-23789  
**Case Name:** LOGGINS, MAXINE  

**Period Ending:** 04/10/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/09/08 (f)  
**§341(a) Meeting Date:** 10/23/08  
**Claims Bar Date:** 04/16/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Original lien amount: 0.00; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2  Checking and savings account with Credit Union O<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3  Household furnishings<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4  Clothing and shoes<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  Jewelry<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Pension with State's Attorney's Office<br>Orig. Asset Memo: Imported from Amended Doc#: 38; | 5,200.00 | 0.00 | | 0.00 | FA |
| 7  Bonds for grandchildren<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8  Contingent & unliquidated suit by State/McGruder<br>Orig. Asset Memo: Imported from Amended Doc#: 38; | 30,802.46 | 30,802.46 | | 6,000.00 | FA |
| 9  2005 Chrysler Pacifica<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Imported from original petition Doc# 1 | 16,000.00 | 0.00 | | 0.00 | FA |
| 10  VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: 38 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12  VOID<br>Orig. Asset Memo: Imported from Amended Doc#: | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-23789  
**Case Name:** LOGGINS, MAXINE  

**Period Ending:** 04/10/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/09/08 (f)  
**§341(a) Meeting Date:** 10/23/08  
**Claims Bar Date:** 04/16/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 38 |  |  |  |  |  |
| Int | INTEREST (u) | Unknown | N/A |  | 0.65 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$57,002.46** | **$30,802.46** |  | **$6,000.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Submitted final report.

**Initial Projected Date Of Final Report (TFR):** October 31, 2009    **Current Projected Date Of Final Report (TFR):** January 12, 2012 (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-23789
**Case Name:** LOGGINS, MAXINE
**Taxpayer ID #:** **-***0028
**Period Ending:** 04/10/12

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******18-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/10 | {8} | Christopher McGruder | Restitution Settlement | 1149-000 | 3,000.00 | | 3,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,000.02 |
| 12/15/10 | {8} | First Midwest Bank | Settlement with State's Attorney/Thompson/McGruder case. | 1149-000 | 3,000.00 | | 6,000.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,000.05 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.10 |
| 02/15/11 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-23789, Bond #016026455 | 2300-000 | | 5.69 | 5,994.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,994.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,994.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,994.54 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,994.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,994.63 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,994.68 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,994.73 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,969.73 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,969.77 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,944.77 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,944.82 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,919.82 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,919.86 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,919.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 5,919.96 |
| 02/14/12 | 1002 | Much Shelist, et.al. | Dividend paid 100.00% on $4,898.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,898.00 | 1,021.96 |
| 02/14/12 | 1003 | Much Shelist, et.al. | Dividend paid 100.00% on $5.30, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 5.30 | 1,016.66 |
| 02/14/12 | 1004 | Roundup Funding, LLC | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 25.35 | 991.31 |
| 02/14/12 | 1005 | Roundup Funding, LLC | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 38.97 | 952.34 |
| 02/14/12 | 1006 | eCAST Sett. Corp. assignee for HSBC Bank Nevada | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 72.74 | 879.60 |
| 02/14/12 | 1007 | JP Morgan Chase Bank, NA | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 879.60 | 0.00 |

Subtotals : $6,000.65    $6,000.65

{} Asset reference(s)

Printed: 04/10/2012 11:18 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-23789
**Case Name:** LOGGINS, MAXINE

**Taxpayer ID #:** **-***0028
**Period Ending:** 04/10/12

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******18-65 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,000.65 | 6,000.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.65 | 6,000.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.65** | **$6,000.65** | |

Net Receipts :   6,000.65
Net Estate :   $6,000.65

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******18-65** | 6,000.65 | 6,000.65 | 0.00 |
| | **$6,000.65** | **$6,000.65** | **$0.00** |